# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATORIA S. WILLIAMS, <br> DEMETRI M. FAULKNER, <br>     Plaintiffs, <br><br> v. <br><br> SHELBY COUNTY SCHOOL SYSTEM, <br> MEMPHIS CITY SCHOOL SYSTEM, <br> AND REGISTERED AGENT, MARJORIE <br> N. DOUGLAS, <br>     Defendants. | No. 2:17-cv-02284-TLP-cgc <br><br> JURY DEMAND |

## ORDER REQUIRING DISCLOSURE OF FEE AGREEMENT

Defendant Marjorie N. Douglas filed a Motion for Attorney's Fees and Expenses on May 16, 2018. (ECF No. 110). In reviewing Defendant's application for attorney's fees and expenses, the Court finds that, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(iv), it will beneficial for the Court to have knowledge of the terms of any agreement related to the provision of services claimed in the present motion.

Defendant Douglas is therefore ORDERED to disclose within ten (10) days of the entry of this Order, the terms of any fee agreement for the services for which the claim addressed in the motion is made. The disclosure should be filed under seal.

**SO ORDERED,** this 14th day of September, 2018.

                                                           s/Thomas L. Parker
                                                           THOMAS L. PARKER
                                                           UNITED STATES DISTRICT JUDGE