# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATORIA S. WILLIAMS, ) <br> DEMETRI M. FAULKNER, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHELBY COUNTY SCHOOL SYSTEM, ) <br> MEMPHIS CITY SCHOOL SYSTEM, ) <br> AND REGISTERED AGENT, MARJORIE ) <br> N. DOUGLAS, ) <br> ) <br>     Defendants. ) | No. 2:17-cv-02284-TLP-cgc <br><br> JURY DEMAND |

## ORDER GRANTING MOTION TO WITHDRAW

Robin H. Rasmussen and Allison S. Raines, attorneys for Defendant Marjorie N. Douglas, moved the Court at a hearing held on October 3, 2018, to withdraw as counsel for Ms. Douglas. (*See* ECF No. 148.) No sign of prejudice to the parties has been shown. For the reasons stated in open court, Ms. Rasmussen and Ms. Raines' Motion is GRANTED. Ms. Rasmussen and Ms. Raines are now withdrawn from representing Defendant Marjorie N. Douglas in this matter.

**SO ORDERED,** this 31st day of October, 2018.

                                                          s/Thomas L. Parker
                                                          THOMAS L. PARKER
                                                          UNITED STATES DISTRICT JUDGE