# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| KATORIA S. WILLIAMS and DEMETRI M. FAULKNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   No. 2:17-cv-02284-TLP-cgc |
| SHELBY COUNTY SCHOOL SYSTEM, MEMPHIS CITY SCHOOL SYSTEM, and REGISTERED AGENT, MARJORIE N. DOUGLAS, | ) )   JURY DEMAND ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO INTERVENE

The State of Tennessee moves to intervene in this case pursuant to Federal Rule of Civil Procedure 5.1(c) for the limited purpose of defending the constitutionality of Tennessee Code Annotated § 29-20-113. (ECF No. 161.) For good cause shown, the State's Motion is GRANTED. The State of Tennessee is hereby joined as an intervenor in this matter for the above mentioned limited purpose.

Nevertheless, as evidenced in the Order addressing attorney's fees entered simultaneously, the State's participation in this case is not needed because the Court declines to address the constitutionality of Tennessee Code Annotated § 29-20-113.

**SO ORDERED,** this 7th day of February, 2019.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE