UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 10, 2020

Mr. Thomas M. Gould
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242 Clifford Davis and Odell Horton Federal Building
Memphis, TN 38103

        Re: Case No. 19-5789, *Katoria Williams, et al v. Shelby County School System, et al*
            Originating Case No. : 2:17-cv-02284

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Maddison R Edelbrock
                                For Antoinette Macon

cc: Robert Otis Binkley Jr.
     Mr. Matthew Robert Courtner
     Ms. Lucinda Jones
     Mr. James Robert Newsom III
     Mr. Darrell J O'Neal

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 19-5789

Filed: June 10, 2020

KATORIA S. WILLIAMS; DEMETRI M. FAULKNER

    Plaintiffs - Appellants

v.

SHELBY COUNTY SCHOOL SYSTEM; MEMPHIS CITY SCHOOL SYSTEM; MARJORIE N. DOUGLAS; SHELBY COUNTY BOARD OF EDUCATION

    Defendants - Appellees

STATE OF TENNESSEE

    Intervenor - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 03/12/2020 the mandate for this case hereby issues today.

COSTS: None