# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KATORIA S. WILLIAMS and
DEMETRI M. FAULKNER,

    Plaintiffs,

v.                                  No. 2:17-cv-02284-TLP-cgc

SHELBY COUNTY SCHOOL SYSTEM,    JURY DEMAND
MEMPHIS CITY SCHOOL SYSTEM, and
REGISTERED AGENT, MARJORIE N.
DOUGLAS,

    Defendants.

## ANSWER TO AMENDED APPLICATION FOR WRIT OF GARNISHMENT

Comes now Shelby County Board of Education (incorrectly titled as Shelby County School System) and for its Answer to Defendant's Marjorie N. Douglas Amended Application for Writ of Garnishment states as follows:

1. Plaintiff Demetri M. Faulkner ("Debtor") is not an employee of the Shelby County Board of Education.

2. Debtor was employed with the Shelby County Board of Education from August 2007 to September 2017.

3. Shelby County Board of Education does not have custody, possession or control of any property owned by Debtor.

4. Shelby County Board of Education is not affiliated with Bartlett City Schools, located at 5705 Stage Road, Bartlett, TN 38134. Bartlett City Schools is a municipal school district separate and distinct from the Shelby County Board of Education.

2

Respectfully submitted,

/s/ Joseph K. McKinney
JOSEPH K. McKINNEY (#030537)
Shelby County Board of Education
Office of the General Counsel
160 S. Hollywood St., Room 218
Memphis, Tennessee 38112
Telephone:  901.416.3612
mckinneyjk@scsk12.org

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing has been forwarded via electronic mail on the 8th day of February, 2021 to:

Joseph D. Barton (#13494)
Attorney for Plaintiff
6565 Highway 51 North
Millington, TN 38503
901-872-4599
joe@djbartonlaw.com

/s/ Joseph K. McKinney
Joseph K. McKinney