# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATORIA S. WILLIAMS and DEMETRI M. FAULKNER,  )<br>   )<br>Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>SHELBY COUNTY SCHOOL SYSTEM,   )<br>MEMPHIS CITY SCHOOL SYSTEM,   )<br>SHELBY COUNTY BOARD OF   )<br>EDUCATION, and MARJORIE N.   )<br>DOUGLAS,   )<br>   )<br>Defendants.   ) | No. 2:17-cv-02284-TLP-cgc<br><br>JURY DEMAND |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Jennifer Vallor Ivy, counsel of record for Defendant Marjorie N. Douglas, moves to withdraw as counsel in this matter. (ECF No. 183.) Attorney Ivy explains that she left her employment with Rainey, Kizer, Reviere, and Bell, P.L.C., the law firm that represented Defendant Douglas. (ECF No. 183-1 at PageID 1430.) Defendant Douglas has also retained new counsel, Attorney Joseph Barton of Joe Barton Law Firm. (*Id.*) No party objects to this motion. (*Id.* at PageID 1432.)

For good cause shown, the Court **GRANTS** Attorney Ivy's motion to withdraw as counsel, and the Court terminates her representation of Defendant Douglas.

**SO ORDERED**, this 8th day of February, 2021.

 s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE