Demetri Faulkner
11896 Berry Patch Cv.
Arlington, TN 38002
(901) 497-7125

RECEIVED
2021 MAR 10 AM 7:30
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

March 10, 2021

To Whom It May Concern:

I am writing regarding the action of garnishment in the case: Katoria S. Williams and Demetri M. Faulkner, Plaintiffs v. Shelby County School System, Memphis City School System, and Registered Agent, Marjorie N. Douglas, Defendants. Case No. 2:17-cv-02284-TLP-cgc/Jury Demand. I previously submitted a letter to request slow pay. I'm currently writing you to provide you financial information. As a result of my son being in college and other factors, I am requesting slow pay. I pay for my oldest son's tuition, books, and give him a monthly allowance. I have two minor children who are in school as well that I pay for school fees and transportation to school and practices. Due to Covid they are on a hybrid schedule and go in person to school two days a week. The days they are at home I pay someone to take them to practice and school. My grocery bill has also increased because they are home all day on the virtual days. I currently assist with the monthly mortgage payment and have credit cards and other bills that are solely in my name. I also pay for the phone bill, light bill, and my student loans. My monthly bills and payments are listed below.

Mortgage- $800
Lights- $600
College Tuition- $761/Books- $500 per semester/Allowance- $200
Student Loan- $220
Macy's- $175
Dillard's- $100
Target- $50
Mastercard- $175
Kohls-$40
Phone-$330
Gas (for my vehicle)- $150
Grocery/Household Items-$1300 (Sam's- $250/Costco-$250/Target-$100/Walmart-$100/Kroger- $600)
Children's Transportation-$100

This should account for the monthly bills I currently have but it does not include any incidental items or monies for emergencies. I appreciate you reviewing this matter.

Respectfully,

*[signature]*

Demetri M. Faulkner