# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| KATORIA S. WILLIAMS and DEMETRI M. FAULKNER, ) ) ) Plaintiffs, ) ) v. ) ) SHELBY COUNTY SCHOOL SYSTEM, ) MEMPHIS CITY SCHOOL SYSTEM, ) SHELBY COUNTY BOARD OF ) EDUCATION, and MARJORIE N. ) DOUGLAS, ) ) Defendants. ) | No. 2:17-cv-02284-TLP-cgc<br><br>JURY DEMAND |

## ORDER GRANTING MOTION TO APPROVE CONSENT ORDER

Defendant Marjorie Douglas moves the Court to approve a proposed Consent Order. (ECF No. 191.) Defendant asks the Court to enter the Consent Order because Defendant Douglas and Plaintiff Demetri Faulkner "have worked out an agreement" for Plaintiff Faulkner to pay the judgment in two equal installments. (*Id.* at PageID 1453.) For good cause shown, the Court **GRANTS** the motion. The Court will enter the Consent Order in a separate docket entry.

**SO ORDERED**, this 8th day of April, 2021.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE