# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATORIA S. WILLIAMS and DEMETRI M. FAULKNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:17-cv-02284-TLP-cgc ) ) JURY DEMAND ) |
| SHELBY COUNTY SCHOOL SYSTEM, MEMPHIS CITY SCHOOL SYSTEM, SHELBY COUNTY BOARD OF EDUCATION, and MARJORIE N. DOUGLAS, | ) ) ) ) ) ) |
| Defendants. | ) |

## CONSENT ORDER

Before the Court is Debtor Demetri M. Faulkner's Motion to Pay Judgment by Installments. (ECF No. 186.) The parties have reached an agreement on the installment schedule. For good cause shown, the Court **GRANTS** the motion.

The Court therefore **ORDERS** that the Debtor will satisfy the judgment by making two installment payments in the amount of $4,229.00 and $4,625.00.

The Court further **ORDERS** that the first installment of $4,229.00 was mailed on April 7, 2021, and the second installment of $4,625.00 will be paid on or before Friday, April 30, 2021.

**SO ORDERED**, this 8th day of April, 2021.

                                        s/Thomas L. Parker
                                        THOMAS L. PARKER
                                        UNITED STATES DISTRICT JUDGE